# Exhibit B

## SHARES PURCHASE AGREEMENT



**EXHIBIT**

**CLAIMANT EX. 72**

Between:

*Linden Energy, LLC*

*And*

## NRCO Engineering SA, (PANAMA)

This Shares Purchase Agreement is entered into by and between Linden Energy, LLC ("Linden"), its shareholders and NRCO Engineering SA (NRCO), a company based in Panama. Linden is a U.S. Corporation, incorporated in the State of Delaware with its Principal Office in Houston, Texas.

WHEREAS, the shareholders of Linden have agreed to allow NRCO to acquire a total of 50% equity interest in Linden as a shareholder with same rights as other shareholders of Linden.

WHEREAS, NRCO will tender $1,500,000 to Linden in exchange for its' 50% equity interest in Linden as reflected in the scope of work and payment schedule described in *Exhibit A*. The first payment of $500,000 will be tendered to Linden upon execution of this agreement in exchange for 50% equity. Further payments will be made as reflected in *Exhibit A*. NRCO will be reflected as an equity shareholder in the Linden corporate documents and receive a revised shareholders agreement as approved by the majority shareholders of Linden. NRCO will also receive stock certificates reflecting its equity interest.

WHEREAS, as reflected in *Exhibit A*, which is made part of and incorporated in this agreement, Linden will provide to NRCO the scope of business objectives to be performed by Linden to obtain business and sell energy products internationally but primarily in Ukraine and Bulgaria.

WHEREAS, Linden has presented to NRCO the payment/bank wire instructions attached and incorporated to this Shares Purchase Agreement as *Exhibit B*.

RETURN OF FUNDS & EQUITY: After 24 months from the execution date of this agreement, if objectives 1, 2, and 4 in *Exhibit A* are not completed to NRCO's satisfaction, Linden must return all funds received under this agreement, and Stephen Payne individually guarantees Linden's performance in the return of funds. This return of funds can be avoided if both parties have agreed to an alternative business strategies to supply gas to Ukraine and/or Bulgaria or other mutually agreed to gas customers – such an alternative strategy could be supplying LNG through Poland or Lithuania or natural gas through reverse pipeline flows from another part of the EU, if agreed by both parties, then Linden will not have to return any funds to NRCO, and the Promissory Note between Stephen Payne and Ovik Mkrtchyan attached as *Exhibit C* shall be declared null and void and considered as paid in full. If Linden returns funds, then NRCO must return to Linden all equity over 10% (NRCO will retain 10% of Linden).

CONFIDENTIAL

ARBITRATION:  The parties to this Agreement agree to waive their right to a jury trial and submit all disputes, including, but not limited to, any fee disputes or claims, arising out of this Agreement to Binding Arbitration for a final and binding resolution conducted under the rules and regulations established by the American Arbitration Association.  The costs of arbitration shall be equally divided between the parties.  The losing party shall reimburse the prevailing party for attorneys' fees and costs after the decision of the arbitrator.  NRCO understands that Linden Energy, LLC would not have conveyed the 50% equity interest upon the initial payment, without the entire consideration being paid under this agreement.  The venue for any such arbitration will be in Houston, Harris County, Texas, and governed by the laws of the State of Texas.

Accepted and Approved this 5th day of July, 2016.

**Linden Energy, LLC**

By:_____
    **Stephen Payne**
    **President**

**Stephen Payne, Individually as per separate Promissory Note & Guarantor of Funds Return**

By:_____
    **Stephen Payne, Individually**

**NRCO Engineering SA**

By:_____

Name:_____

Title:_____

NRCO-0000359

# EXHIBIT "A"

### *Scope of Business Objectives*

The scope of services to be performed by Linden Energy, LLC over the next 180 days is outlined below to move forward on the LNG project:

1.      Negotiate and execute a preliminary long term offtake contract or memorandum of understanding to supply a minimum of 0.2 MTPA (approximately 1 full LNG tanker) of LNG to OdessaGaz Company, NJSC Naftogaz, Yuggaz, Bulgartransgaz, Bulgargaz or another well-known Ukrainian and/or Bulgarian or other mutually agreed to gas customer.

2.      Negotiate and/or execute a long term LNG supply MOU contract to supply LNG to Ukraine and/or Bulgaria or other mutually agreed customer, preferably from US LNG suppliers in the same or greater volumes (0.2 MTPA or more).

*NOTE: On October 1st (or later), with NRCO concurrence that significant progress has been made towards accomplishing objectives 1 and 2, NRCO  will remit $500,000 to Linden.*

3.      Advise and assist the Ukrainian and Bulgarian governments and gas companies in the development of an LNG receiving terminal in the Black Sea and/or Adriatic Sea regions to benefit the Countries of Ukraine and/or Bulgaria.

4.      Provide documented evidence that the Bosphorus Straits in Turkey and their shipping lanes will be open to LNG Tanker Traffic.  This includes analyzing and evaluating the international treaties which govern shipping through the Bosphorus Straits through Turkey and coordinating the international lobbying efforts to insure the Bosphorus availability. **OR** With the concurrence of NRCO, if a suitable alternative "non-Bosphorus" route to bring regasified LNG to Ukraine or Bulgaria or other customer is established then this objective would be considered accomplished in a mutually agreed to manner (this would most likely be via an LNG terminal in Poland or Greece with gas then piped to Ukraine and Bulgaria or other mutually agreed country). Additionally, to consider this objective accomplished, a binding but conditional offtake agreement must be executed with the gas customer.

*NOTE: On December 31st 2016 (or later) with NRCO concurrence that significant progress has been made towards accomplishing objective 4 and continued progress on objectives 1 and 2, NRCO  will remit $500,000 to Linden.*

5.      Coordinate political support including developing all inter-governmental activities to achieve goals of all LNG project and work with any lobbyists retained to work on behalf of the project by Linden Energy, LLC.

Linden Energy, LLC will undertake this scope of services listed above and has already started this process.

CONFIDENTIAL                                                                                          NRCO-0000360

# EXHIBIT "B"

## *Payment Authorization on Shares Purchase Agreement*

I, Stephen Payne, President of Linden Energy, LLC authorize NRCO Engineering SA to forward all payments as reflected under the Shares Purchase Agreement entered into between Linden Energy, LLC and NRCO Engineering SA to the bank account reflected below:

Recipient:                        Linden Energy
                                  5120 Woodway Drive, Suite 5004
                                  Houston, Texas  77056

Bank Name & Address:              IberiaBank
                                  3810 Richmond Ave.
                                  Houston, TX 77027

SWIFT Code:                       WFBIUS6S

ABA Routing #                     265 270 413

Acct #                            20001 035 223

Attention:                        Stephen Payne
                                  5120 Woodway Drive, Ste 5004
                                  Houston, TX 77056

CONFIDENTIAL                                                          NRCO-0000361

# EXHIBIT "C"

## PROMISSORY NOTE WITH COLLATERAL

Houston, Texas, Harris County and Delaware

July 5, 2016

Amount Borrowed:    **One Million Five Hundred Thousand Dollars ($1,500,000.00).**

FOR VALUE RECEIVED, after date, without grace, in the manner, on the dates, and in the amounts so herein stipulated, the undersigned, **Stephen P. Payne.**

PROMISES TO PAY TO THE ORDER OF **Ovik Mkrtchyan,** the funds advanced to **Linden Energy, LLC** between July 4, 2016 and June 30, 2017 to cover ongoing project and operating expenses in Ukraine and Bulgaria for 2016 and the repayment of the loan in the sum of $1,500,000.00, which shall be legal tender, in payment of all debts and dues, public and private, at the time of payment, and to pay interest thereon from date until maturity date of June 30, 2018, the amount to be repaid shall be **$1,700,000.00**, payable as stipulated herein.

**This note is collateralized as follows:**

**15% of the stock in American LNG Services, LLC (incorporated in Texas).**

Date of this 5th day of July 2016.

**DEBTOR:**

**Stephen P. Payne**

Stephen Payne