**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| NRCO ENGINEERING, S.A.,<br><br>    *Petitioner*,<br><br>v.<br><br>LINDEN ENERGY, LLC and<br>STEPHEN PRENTISS PAYNE,<br><br>    *Respondents*. | Civil Action No. 4:26-cv-03617 |

**PETITIONER NRCO ENGINEERING, S.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner NRCO Engineering, S.A. ("NRCO"), by and through its undersigned counsel, hereby states the following:

1.    NRCO is a corporation incorporated in the Republic of Panama with its principal place of business there. NRCO is therefore a citizen of a foreign state within the meaning of 28 U.S.C. § 1332(a).

2.    NRCO has no parent corporation or publicly held corporation that owns 10% or more of NRCO's stock.

[*Signature Page Follows*]

2

Dated:  May 5, 2026

Respectfully submitted,

/s/ Ryan P. Hartman

Ryan P. Hartman (Attorney-in-Charge)
Tex. Bar 24050727 / S.D. Tex. Bar 608056
ARNOLD & PORTER KAYE SCHOLER LLP
811 Main Street, Suite 1800
Houston, TX 77002-2755
Telephone: (713) 576-2438
Email: Ryan.Hartman@arnoldporter.com

*Attorneys for Petitioner NRCO Engineering, S.A.*