**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| NRCO ENGINEERING, S.A., | |
| *Petitioner*, | Civil Action No. 4:26-cv-03617<br>Hon. David Hittner |
| v. | |
| LINDEN ENERGY, LLC and<br>STEPHEN PRENTISS PAYNE, | |
| *Respondents*. | |

**PETITIONER NRCO ENGINEERING, S.A.'S
CERTIFICATE OF INTERESTED PERSONS AND ENTITIES**

Pursuant to the Court's Order dated May 7, 2026 (ECF No. 5), Petitioner NRCO Engineering, S.A. ("NRCO"), by and through its undersigned counsel, submits this Certificate of Interested Persons and Entities.[1] The following is a list of persons and entities that are financially interested in the outcome of this litigation:

1. NRCO Engineering, S.A. (Petitioner);

2. Ovik Mkrtchyan (Petitioner's owner);

3. Linden Energy, LLC (Respondent);

4. Stephen P. Payne (Respondent).

---

[1] Petitioner also filed its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 as ECF No. 3.

Petitioner is not aware of any publicly traded corporation that is financially interested in the outcome of this litigation.

Dated:  May 8, 2026

Respectfully submitted,

/s/ Ryan P. Hartman

Ryan P. Hartman (Attorney-in-Charge)
Tex. Bar 24050727 / S.D. Tex. 608056
ARNOLD & PORTER KAYE SCHOLER LLP
811 Main Street, Suite 1800
Houston, TX 77002-2755
Telephone: (713) 576-2438
Email: Ryan.Hartman@arnoldporter.com

*Attorneys for Petitioner NRCO Engineering, S.A.*